UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| OMAR YANEZ, | Civil No. 06-2890 (PAM / SRN) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 17, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: October 8, 2007.

                                                        s/ Paul A. Magnuson
                                                        Judge Paul A. Magnuson
                                                        United States District Court Judge